MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## FOURTH DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Anthony & Wendy Bauer

Chapter 7

Case No. 09-33523

Please Check One:

____  Unclaimed Dividends

__X__  Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Associated Anesthesiologists<br>CM 9710  PO Box 70870<br>St. Paul, MN 55170 | 3 | $100.00 | $2.29 |

Date: March 30, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED 11 APR -1 AM 11:23 U.S. BANKRUPTCY COURT ST. PAUL, MN