MN,ND-305
(5/94)

#4094

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Anthony & Wendy Bauer

Chapter 7

Case No. 09-33523

Please Check One:

____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Associated Anesthesiologists CM 9710 PO Box 70870 St. Paul, MN 55170 | 3 | $100.00 | $0.14 |

Date: August 8, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED 11 AUG 10 AM 11:24 U.S. BANKRUPTCY COURT ST. PAUL, MN